UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARTHA VILLASENOR, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>SEATTLE PUBLIC SCHOOLS, *et al.*,<br><br>                    Defendants. | CASE NO. 2:19-cv-01232-RSL-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: March 20, 2020 |

This matter has been referred to the undersigned by the District Court (*see* Dkt. 8) and is before the undersigned on the parties' stipulation of dismissal (Dkt. 17) and the Court's order to show cause regarding minor settlement. *See* Dkt. 18.

The parties—"F.D.C. Villasenor," Martha Villasenor, and Seattle Public Schools—stipulated to dismissal of this matter and filed a notice of dismissal with prejudice. *See* Dkt. 17. Because one party was listed as a minor when this matter was initiated, the Court ordered the parties to show cause regarding minor settlement—that is, the parties had to show cause

1  regarding whether the Court should approve the settlement in light of the Court's special duty to
2  safeguard minor litigants' interests.  *See* Dkt. 18.

3  Plaintiff "F.D.C. Villasenor" responded by filing a declaration stating that although he
4  was a minor when the litigation began, he has since turned 18 years old.  *See* Dkt. 19.  He states
5  that he was over the age of 18 when he "signed settlement paperwork" in this matter.  Dkt. 19, at
6  1.

7  Because plaintiff is no longer a minor, the Court's special duty to safeguard minors'
8  interests no longer applies, and the Court need not separately inquire into whether the settlement
9  serves plaintiff F.D.C.'s best interests.  Therefore, the undersigned recommends that the District
10  Court grant the parties' stipulated motion for dismissal (Dkt. 17) and dismiss this matter with
11  prejudice.

12  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
13  fourteen (14) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P.
14  6.  Failure to file objections will result in a waiver of those objections for purposes of *de novo*
15  review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver
16  of those objections for purposes of appeal.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
17  *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted).  Accommodating the time limit
18  imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **March 20,**
19  **2020**, as noted in the caption.

20  Dated this 4th day of March, 2020.

21

22  _____
23  J. Richard Creatura
    United States Magistrate Judge
24