UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARTHA VILLASENOR, *et al.*,

    Plaintiffs,

v.

SEATTLE PUBLIC SCHOOLS, *et al.*,

    Defendants.

CASE NO. 2:19-cv-01232-RSL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura and the remaining record, hereby ORDERS that the Court adopts the report and recommendation. The matter is dismissed with prejudice, and the case is closed. The Clerk shall send copies of this Order to the parties and to Judge Creatura.

Dated this 31st day of March, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1